In the Matter of the CITY OF NEW YORK, Respondent, against NEW YORK CENTRAL RAILROAD COMPANY et al., Appellants.

Argued March 4, 1948; decided March 18, 1948.

*Gerald E. Dwyer, Frederick L. Wheeler* and *Edward R. Brumley* for appellants.

*John P. McGrath, Corporation Counsel (Andrew Bellanca, William A. Marks* and *Sidney Brandes* of counsel), for respondent.

Order affirmed, with costs; no opinion. ·

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.